# Paul Sharman

| | |
|---|---|
| **From:** | Paul Sharman |
| **Sent:** | Wednesday, July 21, 2021 12:54 PM |
| **To:** | 'Neal Graham' |
| **Subject:** | Bryant v McWilliams - For Settlement Discussion Only |
| **Attachments:** | Settlement Agreement - McWiliams.docx; Exh A - Stipulation of Dismissal.docx |

Neal,

See attached settlement agreement and stipulation of dismissal.  As a condition of acceptance, this agreement must be signed and the dismissal must be filed - both by close of business tomorrow 7/22.  If not, the offer will be rescinded and I will attend the deposition as counsel for Mr. McWilliams.  It only makes sense for him to pay this settlement if he does not have to pay for my time anymore.

Thanks,

Paul


Paul J. Sharman
Attorney at Law

The Sharman Law Firm LLC

11175 Cicero Drive, Suite 100
Milton Park Bldg 200
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com
Website: www.sharman-law.com

Licensed in Georgia and Florida