# Paul Sharman

| | |
|---|---|
| **From:** | Paul Sharman |
| **Sent:** | Wednesday, July 21, 2021 1:13 PM |
| **To:** | 'Neal Graham' |
| **Subject:** | Bryant v McWilliams - Settlement Offer |
| **Attachments:** | Settlement Agreement - McWiliams.docx |

Neal,

Upon further reflection, my client is going to need an indemnification from NS as well.  I can't have him testify and then be subject to contribution if your client somehow prevails on the merits.  With your permission, I would like to discuss this with Alyssa so that I can get a mutual indemnification between my client and hers prior to the deposition.  This is a condition of the settlement between Bryant and McWilliams as well.  See attached revised agreement including an additional WHEREAS clause.

Thanks,

Paul


Paul J. Sharman
Attorney at Law

The Sharman Law Firm LLC

11175 Cicero Drive, Suite 100
Milton Park Bldg 200
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com
Website: www.sharman-law.com

Licensed in Georgia and Florida