**Paul Sharman**

**From:** Paul Sharman
**Sent:** Wednesday, July 21, 2021 1:36 PM
**To:** 'Neal Graham'
**Subject:** RE: Bryant v McWilliams - Settlement Offer

**Importance:** High

<body
Sorry for the multiple emails. After further discussion with my client, he has decided to discontinue settlement discussions and rescind the offer. He would prefer to have representation on Friday and finish out this phase of the case. Please confirm receipt of this email and I will see you on Friday.

Sincerely,

Paul J. Sharman
Attorney at Law

The Sharman Law Firm LLC

11175 Cicero Drive, Suite 100
Milton Park Bldg 200
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com
Website: www.sharman-law.com

Licensed in Georgia and Florida

>

---

**From:** Paul Sharman
**Sent:** Wednesday, July 21, 2021 1:12:38 PM
**To:** 'Neal Graham'
**Subject:** Bryant v McWilliams - Settlement Offer

Neal,

Upon further reflection, my client is going to need an indemnification from NS as well. I can't have him testify and then be subject to contribution if your client somehow prevails on the merits. With your permission, I would like to discuss this with Alyssa so that I can get a mutual indemnification between my client and hers prior to the deposition. This is a condition of the settlement between Bryant and McWilliams as well. See attached revised agreement including an additional WHEREAS clause.

Thanks,

Paul

Paul J. Sharman
Attorney at Law

The Sharman Law Firm LLC

11175 Cicero Drive, Suite 100
Milton Park Bldg 200
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com
Website: www.sharman-law.com

Licensed in Georgia and Florida

</body