## Paul Sharman

| | |
|---|---|
| **From:** | Paul Sharman |
| **Sent:** | Thursday, July 22, 2021 3:51 PM |
| **To:** | nealgraham45@icloud.com |
| **Subject:** | RE: Bryant v McWilliams - For Settlement Discussion Only |

You're wasting your time.  There was never an agreement before the offer was revoked.  I do not consent to the dismissal.

Paul

Paul J. Sharman
Attorney at Law

The Sharman Law Firm LLC

11175 Cicero Drive, Suite 100
Milton Park Bldg 200
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com
Website: www.sharman-law.com

Licensed in Georgia and Florida

>

---

**From:** Neal Graham
**Sent:** Thursday, July 22, 2021 3:41:57 PM
**To:** Paul Sharman
**Subject:** RE: Bryant v McWilliams - For Settlement Discussion Only

Paul:
I am returning the signed settlement agreement. I will file the dismissal today, although it was not part of our original agreement.
Very Truly Yours,

*Neal B. Graham*

Graham Law, LLC.
3715 Vineville Avenue
Macon, GA 31204
Phone: (478) 284-0000
Fax: (478) 292-5432

**From:** Paul Sharman
**Sent:** Wednesday, July 21, 2021 12:54 PM
**To:** 'Neal Graham'
**Subject:** Bryant v McWilliams - For Settlement Discussion Only

Neal,

See attached settlement agreement and stipulation of dismissal.  As a condition of acceptance, this agreement must be signed and the dismissal must be filed - both by close of business tomorrow 7/22.  If not, the offer will be rescinded and I will attend the deposition as counsel for Mr. McWilliams.  It only makes sense for him to pay this settlement if he does not have to pay for my time anymore.

Thanks,

Paul

Paul J. Sharman
Attorney at Law

The Sharman Law Firm LLC

11175 Cicero Drive, Suite 100
Milton Park Bldg 200
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com
Website: www.sharman-law.com

Licensed in Georgia and Florida